■ ZKZ Associates LP v CNA Insurance Company. [641 NYS2d 532] —Leave to appeal to the Court of Appeals granted. Concur—Sullivan, J. P., Ellerin, Wallach, Kupferman and Mazzarelli, JJ. *[See,* 229 AD2d 326.]